UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHAD E. GUESS                                                                                    PLAINTIFF

V.                                      No. 5:19-CV-00360-JM-JTR

WELLPATH, LLC; *et al.*                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

1. Defendants Thomas Hurst and Joe Page's Motion to Dismiss (Doc. 24) is GRANTED.

2. Defendants Carol Chisom, Melissa Moore, and WellPath's Motion for Summary Judgment (Doc. 29) is GRANTED.

3. Defendant Uchenna Onyia-Murphy's Motion for Summary Judgment (Doc. 48) is GRANTED.

4. Mr. Guess's claims against Thomas Hurst and Joe Page are DISMISSED WITHOUT PREJUDICE for failure to state a claim.

5. Mr. Guess's claims against Carol Chisom, Melissa Moore, WellPath, Uchenna Onyia-Murphy, Joshua Farr, and Jane Doe are DISMISSED WITHOUT PREJUDICE for want of exhaustion.

Dated this 17th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE