**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CHAD E. GUESS                                                                                     PLAINTIFF

V.                                                  No. 5:19-CV-00360-JM-JTR

WELLPATH, LLC; *et al.*                                                                     DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice.  All

relief sought is denied, and the case is closed.

Dated this 17th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE